# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>CAMBRIDGE PARTNERS, L.L.C., a Utah limited liability company,<br>EIN: _____,<br><br>Debtor. | Bankruptcy No. 11-_____<br><br>(Chapter 7) |

## INVOLUNTARY PETITION

All other names used by debtor in the last 8 years:  Unknown

Street address of Debtor:

    5011 North Edgewood Drive
    Provo, Utah 84604

County of Residence or Principal Place of Business:  Utah

Mailing address of Debtor (If different from street address):  N/A

Location of principal assets of business debtor (If different from previously listed addresses):  N/A

Chapter of Bankruptcy Code under which petition is filed:

    ■ Chapter 7
    ☐ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of debts** (Check one box):

    ☐ Debts are primarily consumer debts
    ■ Debts are primarily business debts

**Type of Debtor** (Form of Organization):

    ☐ Individual (Includes Joint Debtor)
    ■ Corporation (Includes LLC and LLP)
    ☐ Partnership
    ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box):

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing bank
■ Other

# VENUE

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this district.

# FILING FEE (Check one box)

■ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petition, and if the petitioner filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

# PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR

| | |
|---|---|
| Name of Debtor: | The Lakes at Sleepy Ridge, Inc., a Utah corporation |
| Case Number: | 11-20806 |
| Date: | January 24, 2011 |
| Relationship: | Affiliate |
| District: | District of Utah, Central Division |
| Judge: | R. Kimball Mosier |

## ALLEGATIONS (Check applicable boxes)

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

or

3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, received, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

_____, Trustee
Signature of Petitioner or Representative (State Title)

Name of Petitioner:   Smaha Law Group APC f/c/b/a Smaha and Daley APC, John Smaha, President, as Trustee of the Norton Entities Pool Trust

Date signed:   January 24, 2011

Name & Mailing Address of Individual Signing in Representative Capacity:

Smaha Law Group APC f/c/b/a Smaha and Daley APC, John Smaha, President, as Trustee of the Norton Entities Pool Trust
7860 Mission Center Court, Suite 100
San Diego, CA 92108

_____        1/24/11
Signature of Attorney            Date signed

Name and Address of Attorney Firm (If any):

Anna W. Drake, P.C.
175 South Main Street, Suite 300
Salt Lake City, UT 84111
801-328-9792

## PETITIONING CREDITORS

Name and Address of Petitioner:

Smaha Law Group APC f/c/b/a Smaha and Daley APC, John Smaha, President, as Trustee of the Norton Entities Pool Trust
7860 Mission Center Court, Suite 100
San Diego, CA 92108

Nature of Claim:      Breach of Contract

Amount of Claim:    $9,409,060.00 ($6,909,060.00 undersecured)

---

Total Amount of Petitioners' Claims:    $9,409,060.00